UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                   Case No.: 11-43702-JBR

Yeshiva Ktana of Bensonhurst

a/k/a Yeshiva Shaarei Torah                   Chapter 11

                      Debtor.
------------------------------------------------------x

## ORDER FOR TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED

WHEREAS, on May 1, 2011, Yeshiva Ktana of Bensonhurst (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code; it is hereby

ORDERED, that the Debtor show cause at a hearing before the Honorable Joel B. Rosenthal, U.S. Bankruptcy Judge, on the **24th day of May, 2011 at 10:00 a.m.** in Courtroom 3577, U.S. Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, 11201, why this case should not be dismissed for failure to comply with the Deficiency Order filed by the Court on May 1, 2011; and

ORDERED, that responsive papers, if any, must be filed with the Court no later than 3 business days prior to the hearing date; and it is further

ORDERED, that the Debtor file a corrected Corporate Resolution in a timely manner.



Dated: May 2, 2011  
      Brooklyn, New York

_____  
Joel B. Rosenthal  
**United States Bankruptcy Judge**