NITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                    Case No.: 1-11-43702-jbr

Yeshiva Ktana of Bensonhurst a/k/a/ Yeshiva Shaarei Torah,        Chapter 11

            Debtor.
-----------------------------------------------------------x

**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT DISMISSED**

WHEREAS, on July 18, 2011, the Court held a hearing on a motion to compel Debtor to vacate and surrender premises or allow landlord to use U.S. Marshal's office to evict, or in the alternative, motion for relief from stay to allow landlord to execute a warrant of eviction (Docket No. 22) (the "Motion") filed by 120 Avenue M, LLC (the "Landlord); and

WHEREAS, the Court is concerned about the Debtor's ability to successfully present a plan with a reasonable likelihood of being confirmed; it is hereby

ORDERED, that the debtor show cause at a hearing before the Honorable Joel B. Rosenthal, U.S. Bankruptcy Judge, on the **15th day of August, 2011 at 2 p.m.** in Courtroom 3577, U.S. Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, 11201, why the case should not be converted or dismissed.



**Dated: July 19, 2011**
**Brooklyn, New York**

/s/ Joel B. Rosenthal
**Joel B. Rosenthal**
**United States Bankruptcy Judge**